IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Charles Seebacher                          :
                                           :
           vs.                             :        CIVIL ACTION NO. 02-3264
                                           :
John J. Rigas et al.                       :

# ORDER

      **AND NOW**, this    day of September , 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [X]   -   Order staying these proceedings pending disposition of a related action.

- [ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

- [ ]   -   Interlocutory appeal filed

- [X]   -   Other: Bankruptcy and Criminal Proceedings have been filed in the Southern District of New York, under the following numbers: Bky Numbers 02-41729,02-08051, 02-08074 and Criminal Number 02-M-1438-1,2,3,4,5.

it is
    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                                  **BY THE COURT:**

                                          _____
                                           HERBERT J. HUTTON,        J.

Civ. 13 (8/80)